**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SHANE D. WILLIS,

        Plaintiff - Appellant,

  v.

CITY OF SALEM, OREGON; et al.,

        Defendants - Appellees.

No. 11-35314

D.C. No. 3:08-cv-01510-HA

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Ancer L. Haggerty, District Judge, Presiding

Submitted May 15, 2012[**]

Before:    CANBY, GRABER, and M. SMITH, Circuit Judges.

    Oregon state prisoner Shane D. Willis appeals pro se from the district court's

judgment dismissing as time-barred his 42 U.S.C. § 1983 complaint alleging

constitutional violations arising from a traffic stop.  We have jurisdiction under 28

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We review de novo, *Douglas v. Noelle*, 567 F.3d 1103, 1106 (9th Cir. 2009), and we affirm.

The district court properly dismissed Willis's action as time-barred.  *See* Or. Rev. Stat. § 12.110(1) (two-year statute of limitations for personal injury claims); *Douglas*, 567 F.3d at 1109 (for § 1983 claims, courts apply the forum state's statute of limitations for personal injury claims); *see also Wallace v. Kato*, 549 U.S. 384, 391 (2007) ("The cause of action accrues even though the full extent of the injury is not then known or predictable." (citation and internal quotation marks omitted)).

Willis's remaining contentions, including those contained in his letter received on August 29, 2011, are unpersuasive.

**AFFIRMED.**